THEOBALD KERBL, Respondent, v. HANS KRAUSE, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

HELEN S. DAVIS, Plaintiff, v. METROPOLITAN FIREPROOF WAREHOUSE, INC., Respondent, and CONSOLIDATED INDEMNITY AND INSURANCE COMPANY, Appellant. — Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin and O'Malley, JJ.; Martin, J., dissents and votes to reverse and deny the motion. (See *Kromback* v. *Killian*, 215 App. Div. 19, at p. 23; *Gowar* v. *Hales*, [1928] 1 K. B. 191.)

WILMA E. GOULD, Respondent, v. AUBURN TRUST COMPANY and Others, Appellants, Impleaded with Others. (Appeal No. 2.) — Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

GEORGE S. VAN SCHAICK, Superintendent of Insurance of the State of New York, as Liquidator of LEXINGTON SURETY AND INDEMNITY COMPANY, Appellant, v. BANK OF YORKTOWN, Respondent.— Appeal dismissed, with twenty dollars costs and disbursements to the respondent, without prejudice to a renewal of the motion for a preference. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.; Martin, J., dissents and votes to reverse and grant the motion.

IDA GUTMAN, Appellant, v. HYMAN NEWMAN, as Receiver in Supplementary Proceedings of the Goods, Chattels and Credits of MAX GUTMAN, Respondent.— Determination affirmed, with costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of LAZAR DWORKIN, an Attorney.— Reference ordered. Present — Finch, P. J., Merrell, Martin and Townley, JJ.

In the Matter of SOLOMON GAVRIN, an Attorney.— Reference ordered. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of CORNELIUS W. McDOUGALD, an Attorney.— Reference ordered. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of WILLIAM S. MILLER, an Attorney.— Reference ordered. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of FRANK W. JACKSON, an Attorney.— Motion denied and stay vacated. Present— Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

SADYE GREENBERG, Appellant, v. JOHN P. O'BRIEN and Others, Composing the Board of Estimate and Apportionment of The City of New York, and THE CITY OF NEW YORK, Respondents.— Order granting motion to dismiss the complaint affirmed. No opinion. Present — Martin, O'Malley, Townley, Glennon and Untermyer, JJ.; Martin and Glennon, JJ., dissent.

SADYE GREENBERG, Appellant, v. JOHN P. O'BRIEN and Others, Composing the Board of Estimate and Apportionment of The City of New York, and THE CITY OF NEW YORK, Respondents.— Order denying plaintiff's motion for a temporary injunction affirmed, without costs, upon the ground that the facts appearing in the record do not entitle the plaintiff to an injunction *pendente lite*. Present — Martin, O'Malley, Townley, Glennon and Untermyer, JJ.

SADYE GREENBERG v. JOHN P. O'BRIEN and Others, Composing the Board of Estimate and Apportionment of The City of New York, and THE CITY OF NEW YORK.— Motion for stay denied, and stay vacated. Present — Martin, O'Malley, Townley, Glennon and Untermyer, JJ.